IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VICKI J. CHAPMAN                                           PLAINTIFF

v.                      No. 5:18-cv-258-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                    DEFENDANT

## ORDER

No one has objected to Magistrate Judge Volpe's Recommended Disposition, № 14. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation. Chapman's complaint will be dismissed with prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2019