IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VICKI J. CHAPMAN                                              PLAINTIFF

v.                          No. 5:18-cv-258-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                       DEFENDANT

## JUDGMENT

Chapman's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2019